UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Criminal Case No. 07-20341

        vs.                             HONORABLE JOHN CORBETT O'MEARA

D-1    VITO J. MUNACO,
D-2    JOHN W. BURCHAM, II,

        Defendants.

_____/

**STIPULATION FOR THE ENTRY OF AN ORDER SETTING FINAL PRETRIAL
CONFERENCE AND TRIAL DATE AND DETERMINING EXCLUDABLE DELAY**

        Plaintiff, the United States of America, and defendants, Vito Munaco and John W. Burcham, II, by and through the undersigned attorneys, present this stipulation for the entry of an Order setting a Final Pretrial Conference and Trial Date and determining excludable delay in this matter. In support of this motion, the parties submit the following:

        1.      This case involves complex charges involving allegations of money laundering, criminal tax evasion and related activities. The discovery materials are extensive and include tens of thousands of pages of financial, insurance and banking documents.

        2.      On February 10, 2009, Assistant U.S. Attorney Bruce C. Judge appeared as counsel for the United States, replacing Assistant U.S. Attorney Keith Corbett, who has retired from government service.

3. Counsel for the United States has requested additional time to review the subject discovery materials in preparation for trial or other disposition in this case, and counsel for defendants have concurred in that request. Further, the undersigned parties request additional time to discuss the possible consensual resolution of the charges in this case, thereby saving the unnecessary expenditure of resources by the Court and the parties.

4. The undersigned counsel further submit that failure to allow the requested extension of time may result in a miscarriage of justice. As such, the parties agree that the time period between March 31, 2009 up to and including June 2, 2009 shall constitute excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., in that the ends of justice served by this delay outweigh the best interest of the public and the defendants in a speedy trial.

WHEREFORE, the parties request that the Court accept this Stipulation and issue the accompanying proposed Order.

Respectfully submitted,

TERRENCE BERG
Acting United States Attorney

s/Bruce C. Judge

BRUCE C. JUDGE (CA 148805)
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9122

s/Mayer Morganroth (by consent - BCJ)

MAYER MORGANROTH (P17966)
Attorney for Defendant, VITO J. MUNACO

s/William Swor (by consent - BCJ)
WILLIAM SWOR (P21215)
Attorney for Defendant, JOHN W. BURCHAM, II

Dated: February 19, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Criminal Case No. 07-20341

        vs.                           HONORABLE JOHN CORBETT O'MEARA

D-1   VITO J. MUNACO,
D-2   JOHN W. BURCHAM, II.

        Defendants.

_____/

**ORDER SETTING PRETRIAL CONFERENCE AND
TRIAL DATE AND DETERMINING EXCLUDABLE DELAY**

This matter having come before the Court upon the stipulation of the parties;

IT IS HEREBY ORDERED that the a Pretrial Conference is scheduled in this case for

**Wednesday, May 27, 2009 at 1:30 p.m.**

IT IS FURTHER ORDERED that the trial in this matter be adjourned from March 31, 2009

until **Tuesday, June 2, 2009 at 9:00 a.m**.

Based upon the representations of the parties in the accompanying motion, the Court finds

that ends of justice served by this delay outweigh the best interest of the public and the defendant

in a speedy trial and that the time period between March 31, 2009 and June 2, 2009 is excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq.


Date: February 20, 2009					s/John Corbett O'Meara
							United States District Judge